IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IAN FOLEY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TINGLEY RUBBER CORPORATION,<br><br>　　　　　Defendant. | Civil Action No. 1:22-cv-00800 |

## NOTICE OF SETTLEMENT

Plaintiff Ian Foley hereby informs this Honorable Court that he has reached an agreement in principle with Defendant Tingley Rubber Corporation. The parties are finalizing the settlement agreement and expect to file a dismissal within thirt days.

Dated: February 9, 2023　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　*/s/ Benjamin J. Sweet*
　　　　　　　　　　　　　　　　Benjamin J. Sweet
　　　　　　　　　　　　　　　　NYE, STIRLING, HALE,
　　　　　　　　　　　　　　　　MILLER & SWEET, LLP
　　　　　　　　　　　　　　　　1145 Bower Hill Road, Suite 104
　　　　　　　　　　　　　　　　Pittsburgh, PA 15243
　　　　　　　　　　　　　　　　Phone: 412-857-5350
　　　　　　　　　　　　　　　　ben@nshmlaw.com

　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Ian Foley*

2

**CERTIFICATE OF SERVICE**

  I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 9th day of February 2023.

                 */s/ Benjamin J. Sweet*
                 Benjamin J. Sweet